United States District Court
Southern District of Texas
**ENTERED**
April 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ANNE CARL,** *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-02133 |
| § | |
| **HILCORP ENERGY COMPANY,** § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Anne Carl and Anderson White, as Co-Trustees of the Carl/White Trust ("Plaintiff"), brought this suit against Defendant Hilcorp Energy Company alleging a breach of lease claim. Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint, the operative pleading. (Doc. 32.) The Court granted this motion and dismissed Plaintiff's claim with prejudice on April 6, 2022. (Doc. 35).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Hilcorp Energy Company.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on April 6, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE