**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ANNE CARL and ANDERSON WHITE, as Co-Trustees of the CARL/WHITE TRUST, on behalf of itself and a class of similarly situated persons,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>HILCORP ENERGY COMPANY,<br><br>　　　　　　　　Defendant. | Civil Action No. 21-cv-2133 |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that ANNE CARL and ANDERSON WHITE, as Co-Trustees of the CARL/WHITE TRUST, individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Fifth Circuit from:

(1)　Memorandum and Order Granting Defendant Hilcorp Energy Company's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (Doc. 35); and

(2)　Final Judgment (Doc. 36), both entered on April 6, 2022.

Dated: May 3, 2022

Respectfully Submitted,

SHARP LAW, LLP

*s/ Rex A. Sharp*　　　　　　
Rex A. Sharp
Attorney-in-Charge
Texas Bar # 18118800; SDTX Bar #6272
Allison B. Waters,
Texas Bar # 00795994; SDTX Bar #27568
Ryan C. Hudson,

1

Texas Bar # 24053274; SDTX Bar #695618
4820 West 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
awaters@midwest-law.com
rhudson@midwest-law.com

**COUNSEL FOR PLAINTIFF
AND THE PROPOSED CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, a true and correct copy of the foregoing document

was filed with the Court and served on all counsel of record via the Court's CM/ECF system.


*s/ Rex A. Sharp*
Rex A. Sharp